# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CASS AND CREW INC., LLC, | ) | |
| | ) | |
| *Plaintiff*, | ) | Civil Action No. 08- _____ |
| | ) | |
| v. | ) | |
| | ) | |
| MGI GRAPHICS, INC., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Plaintiff Cass and Crew Inc., LLC submits the following in accordance with Federal Rule of Civil Procedure 7.1: Cass and Crew Inc., LLC has no parent corporation and no publicly held corporation owns 10% or more of Cass and Crew Inc., LLC.


Dated: July 10, 2008

> */s/ Mary B. Matterer*
> Richard K. Herrmann #405
> Mary B. Matterer #2696
> Amy Arnott Quinlan #3021
> MORRIS JAMES LLP
> 500 Delaware Avenue, Suite 1500
> Wilmington, Delaware  19801-1494
> 302-888-6800
> rherrmann@morrisjames.com
> mmatterer@morrisjames.com
> aquinlan@morrisjames.com
>
> *Counsel for Plaintiff*
> *Cass and Crew Inc., LLC*